**Larry ROBINSON, Plaintiff–Appellant,**

v.

**Mrs. LAUGHDIN, Record Room Supervisor; Mrs. Green, Record Room Supervisor; Mrs. Reedy, Record Room Assistant; Jane Doe, Record Room Supervisor; Jane Doe, Record Room Assistant; Jane Doe, Record Room Assistant; Jane Doe, Record Room Assistant, Defendants–Appellees.**

No. 14–7703.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 19, 2015.

Larry Robinson, Appellant Pro Se.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

*See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993).

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Robinson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Laughdin,* No. 2:14–cv–00172–MSD–TEM (E.D.Va. Oct. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*